960

No. 677, Misc. BOGAN v. NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 733, Misc. ODDO v. FAY, WARDEN. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 4, Misc. WHIPPLER v. GEORGIA. Supreme Court of Georgia. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Joseph H. Davis* for petitioner. *Eugene Cook,* Attorney General of Georgia, and *G. Hughel Harrison* and *John S. Harrison,* Assistant Attorneys General, for respondent.

No. 5, Misc. TERRY v. CALIFORNIA. Supreme Court of California. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Arthur Warner* for petitioner.

No. 1321, Misc., October Term, 1962. GREGORY v. UNITED STATES, 374 U. S. 822. Motion for leave to file a petition for rehearing denied.

No. 397. SKOLNICK v. SPOLAR ET AL., *ante,* p. 904;

No. 399. COURTESY SANDWICH SHOP, INC., ET AL. v. PORT OF NEW YORK AUTHORITY ET AL., *ante,* p. 78;

No. 427. SKOLNICK v. MARTIN ET AL., *ante,* p. 908; and

No. 527, Misc. AGNEW v. CALIFORNIA, *ante,* p. 912. Petitions for rehearing denied.